**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

APPLIED BIOLOGICS, LLC,

    Plaintiff,

v.

ZELLUYAH GAITHO,

    Defendant.

Case No. 2:25-cv-01952-JAD-NJK

**Order**

[Docket No. 18]

Pending before the Court is Defendant's unopposed[1] motion to extend the deadline to amend pleadings and add parties by 30 days.  Docket No. 18.

For good cause shown, the Court **GRANTS** the motion.  Docket No. 18.  The deadline to amend pleadings and add parties is extended to April 30, 2026.

IT IS SO ORDERED.

Dated: March 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion indicates that Plaintiff does not oppose the requested 30-day extension, but does not stipulate to the substantive arguments set forth in the motion.  Docket No. 18 at 1 n.1.

1