John M. Naylor
Nevada Bar No. 5435
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com

Michael Galen (*Admitted Pro Hac Vice*)
Madison Burr (*Admitted Pro Hac Vice*)
DORSEY & WHITNEY LLP
2325 E. Camelback Rd., Suite 900
Phoenix, AZ 85016
(T) 602-735-2700
(F) 602-926-2471
Galen.michael@dorsey.com
Burr.madison@dorsey.com

*Attorneys for Plaintiff Applied Biologics LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APPLIED BIOLOGICS LLC, a South Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZELLUYAH GAITHO, an individual,<br><br>Defendant. | Case No. 2:25-cv-01952-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**<br><br>ECF Nos. 27, 28, 29 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Applied Biologics LLC and Defendant Zelluyah Gaitho, hereby stipulate and represent to the Court that the parties have reached an agreement to dismiss, *without prejudice*, the Complaint [Dkt. No. 1] and the Counterclaim [Dkt. No. 26], and any claims arising thereunder as of the dates the respective

pleadings were filed, with each party bearing its own attorneys' fees and costs incurred herein in relation thereto.

Dated: August 27, 2026

THE LAW OFFICES OF TIMOTHY ELSON

By: */s/ Timothy Elson (w/ permission)*
Timothy P. Elson
Nevada Bar No. 11559
8965 S. Eastern Ave., Suite 382
Las Vegas, NV 89123

*Attorneys for Defendant Zelluyah Gaitho*

DORSEY & WHITNEY

By: */s/ Michael Galen*
Michael Galen (*Admitted Pro Hac Vice*)
Madison Burr (*Admitted Pro Hac Vice*)
2325 E. Camelback Rd., Suite 900
Phoenix, AZ 85016

NAYLOR & BRASTER
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

*Attorneys for Plaintiff Applied Biologics LLC*

**ORDER**

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that T**HIS ACTION IS DISMISSED without prejudice**, each side to bear its own fees and costs. All pending motions [**ECF Nos. 27, 28] are DENIED as moot.** The Clerk of Court is directed to **CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: September 3, 2026